**SHA-1 Hash:** 1FA2BFA906342B360BBB52CB645F94CD19B3FF4E    **Title:** Black Lingerie Bliss
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 68.51.109.32 | 10/11/2012 12:44 | Muncie | IN | Comcast Cable | BitTorrent |
| 2 | 71.57.21.79 | 10/02/2012 10:55 | Greenwood | IN | Comcast Cable | BitTorrent |
| 3 | 98.193.4.170 | 09/20/2012 02:08 | Indianapolis | IN | Comcast Cable | BitTorrent |
| 4 | 98.228.204.86 | 09/20/2012 10:15 | Indianapolis | IN | Comcast Cable | BitTorrent |
| 5 | 98.253.15.135 | 10/27/2012 20:44 | Fishers | IN | Comcast Cable | BitTorrent |

EXHIBIT A

SIN12

Doe #1

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Black Lingerie Bliss | 09/19/2012 | 09/19/2012 | 10/11/2012 12:44:15 |
| Dangerous Game | 10/10/2012 | 10/14/2012 | 10/11/2012 13:45:02 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 10/18/2012 13:11:30 |
| Wild Things | 10/05/2012 | 10/07/2012 | 10/11/2012 12:56:58 |

**Total Statutory Copyright Infringements for Doe #1:  4**

EXHIBIT B

SIN12

Doe #2

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| After Hours | 11/21/2011 | 03/10/2012 | 09/09/2012 14:28:30 |
| Amazing Grace | 09/14/2012 | 09/19/2012 | 10/01/2012 05:02:44 |
| Backstage | 07/17/2012 | 07/18/2012 | 09/09/2012 14:55:00 |
| Being Me | 08/15/2012 | 08/21/2012 | 10/01/2012 01:50:04 |
| Black Lingerie Bliss | 09/19/2012 | 09/19/2012 | 10/02/2012 10:55:37 |
| California Dreams | 03/12/2012 | 03/12/2012 | 10/01/2012 04:21:10 |
| Casual Affair | 08/01/2012 | 08/05/2012 | 09/09/2012 15:14:37 |
| Come To My Window | 07/27/2012 | 07/31/2012 | 10/15/2012 05:44:03 |
| Connie True Love | 02/08/2012 | 02/17/2012 | 06/24/2012 07:53:01 |
| Dangerous Game | 10/10/2012 | 10/14/2012 | 10/14/2012 05:30:48 |
| First Love | 09/05/2012 | 09/25/2012 | 10/01/2012 05:59:02 |
| Happy Couple | 06/25/2012 | 06/25/2012 | 10/16/2012 08:22:05 |
| House of the Rising Sun | 09/07/2012 | 09/19/2012 | 10/01/2012 05:33:34 |
| Introducing Diana | 05/11/2012 | 05/11/2012 | 09/09/2012 15:18:37 |
| LA Love | 03/22/2010 | 05/23/2012 | 09/30/2012 22:03:05 |
| Like a Dove | 05/23/2012 | 05/23/2012 | 10/01/2012 02:43:01 |
| Lunchtime Fantasy | 03/19/2012 | 03/19/2012 | 10/15/2012 11:55:29 |
| MaryJane Young Love | 08/15/2011 | 11/23/2011 | 06/24/2012 05:15:04 |
| Morning Memories | 09/10/2012 | 09/19/2012 | 10/01/2012 00:10:34 |
| Perfect Together | 08/29/2012 | 09/19/2012 | 10/01/2012 01:29:12 |
| Pretty Back Door Baby | 05/08/2012 | 05/10/2012 | 06/23/2012 19:32:48 |
| Roommates | 04/10/2012 | 04/11/2012 | 10/01/2012 06:02:47 |
| Side by Side | 09/03/2012 | 09/19/2012 | 09/01/2012 22:45:18 |
| Silver Bullets | 05/13/2012 | 05/16/2012 | 06/23/2012 00:01:13 |
| Starting Over | 08/27/2012 | 09/10/2012 | 10/15/2012 11:17:54 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 09/30/2012 22:03:46 |
| Three for the Show | 09/24/2012 | 09/28/2012 | 09/30/2012 04:57:23 |
| Threes Company | 08/17/2012 | 08/15/2012 | 09/09/2012 12:58:01 |
| Transcendence | 07/30/2012 | 07/31/2012 | 10/01/2012 00:28:19 |
| Unbelievably Beautiful | 08/24/2012 | 09/10/2012 | 09/01/2012 20:15:15 |
| Yoga in the Sky | 06/27/2012 | 06/29/2012 | 09/09/2012 18:37:37 |
| Young and Hot | 06/06/2012 | 06/08/2012 | 06/23/2012 23:15:59 |

**Total Statutory Copyright Infringements for Doe #2:  32**

EXHIBIT B

SIN12

### Doe #3

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Black Lingerie Bliss | 09/19/2012 | 09/19/2012 | 09/20/2012 02:08:00 |
| First Love | 09/05/2012 | 09/25/2012 | 09/20/2012 01:46:26 |
| House of the Rising Sun | 09/07/2012 | 09/19/2012 | 09/14/2012 21:41:33 |
| Slow Motion | 04/22/2012 | 04/23/2012 | 05/04/2012 04:55:59 |
| Three for the Show | 09/24/2012 | 09/28/2012 | 09/27/2012 11:03:39 |
| Unbelievably Beautiful | 08/24/2012 | 09/10/2012 | 09/14/2012 23:23:18 |
| Young Passion | 10/17/2012 | 10/24/2012 | 10/19/2012 09:21:52 |

**Total Statutory Copyright Infringements for Doe #3: 7**

### Doe #4

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| A Day to Remember | 10/21/2012 | 10/25/2012 | 10/25/2012 09:59:58 |
| Backstage | 07/17/2012 | 07/18/2012 | 07/21/2012 18:29:38 |
| Black Lingerie Bliss | 09/19/2012 | 09/19/2012 | 09/20/2012 10:15:41 |
| Ibiza Love | 10/27/2012 | 10/28/2012 | 10/30/2012 00:54:01 |
| Positively In Love | 07/04/2012 | 07/11/2012 | 07/08/2012 20:37:21 |
| Wild Things | 10/05/2012 | 10/07/2012 | 10/07/2012 16:19:16 |
| Young Passion | 10/17/2012 | 10/24/2012 | 10/19/2012 20:45:57 |

**Total Statutory Copyright Infringements for Doe #4: 7**

### Doe #5

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Black Lingerie Bliss | 09/19/2012 | 09/19/2012 | 10/27/2012 20:44:37 |
| Evening at Home Part #2 | 04/04/2012 | 04/04/2012 | 04/09/2012 01:19:14 |
| Lunchtime Fantasy | 03/19/2012 | 03/19/2012 | 03/22/2012 00:16:57 |
| Unbelievably Beautiful | 08/24/2012 | 09/10/2012 | 09/04/2012 22:16:53 |
| Young and Hot | 06/06/2012 | 06/08/2012 | 06/06/2012 19:04:47 |

**Total Statutory Copyright Infringements for Doe #5: 5**

EXHIBIT B

SIN12

**SHA-1 Hash:** 1FA2BFA906342B360BBB52CB645F94CD19B3FF4E    **Title:** Black Lingerie Bliss
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 68.51.109.32 | 10/11/2012 12:44 | Muncie | IN | Comcast Cable | BitTorrent |
| 2 | 71.57.21.79 | 10/02/2012 10:55 | Greenwood | IN | Comcast Cable | BitTorrent |
| 3 | 98.193.4.170 | 09/20/2012 02:08 | Indianapolis | IN | Comcast Cable | BitTorrent |
| 4 | 98.228.204.86 | 09/20/2012 10:15 | Indianapolis | IN | Comcast Cable | BitTorrent |
| 5 | 98.253.15.135 | 10/27/2012 20:44 | Fishers | IN | Comcast Cable | BitTorrent |

EXHIBIT B

SIN12

# BitTorrent vocabulary

From Wikipedia, the free encyclopedia
 (Redirected from Terminology of BitTorrent)

This list explains terms used when discussing **BitTorrent clients**, and in particular the BitTorrent protocol used by these clients.

## Common BitTorrent terms

### Announce

Same as "scrape" (see below), but a client also announces that it wants to join the swarm and that the server should add it to the list of peers in that swarm.

### Availability

(Also known as distributed copies.) The number of full copies of the file available to the client. Each seed adds 1.0 to this number, as they have one complete copy of the file. A connected peer with a fraction of the file available adds that fraction to the availability, if no other peer has this part of the file.
*Example:* a peer with 65.3% of the file downloaded increases the availability by 0.653. However, if two peers both have the same portion of the file downloaded - say 50% - and there is only one seeder, the availability is 1.5.

### Choked

Describes a peer to whom the client refuses to send file pieces. A client *chokes* another client in several situations:

- The second client is a *seed*, in which case it does not want any pieces (i.e., it is completely *uninterested*)
- The client is already uploading at its full capacity (it has reached the value of `max_uploads`)
- The second client has been blacklisted for being abusive or is using a blacklisted BitTorrent client.

### Client

The program that enables p2p file sharing via the BitTorrent protocol. Examples of clients include µTorrent and Vuze.

### Downloader

A *downloader* is any peer that does not have the entire file and is downloading the file. This term, used in Bram Cohen's Python implementation, lacks the negative connotation attributed to *leech*. Bram prefers *downloader* to *leech* because BitTorrent's tit-for-tat ensures downloaders also upload and thus do not unfairly qualify as *leeches*.

**EXHIBIT C**

## End Game

Bittorrent has a couple of download strategies for initializing a download, downloading normally among the middle of the torrent, and downloading the last few **pieces** (see below) of a torrent. Typically, the last download pieces arrive more slowly than the others since the faster and more easily accessible pieces should have already been obtained, so to prevent this, the BitTorrent client attempts to get the last missing pieces from all of its peers. Upon receiving a piece, a cancel request command is sent to other peers.

## Fake

A fake torrent is a torrent that does not contain what is specified in its name or description(i.e. a torrent is said to contain a video, but it contains only a snapshot of a moment in the video, or in some cases a virus).

## Hash

The hash is a string of alphanumeric characters in the .torrent file that the client uses to verify the data that is being transferred. It contains information like the file list, sizes, pieces, etc. Every piece received is first checked against the hash. If it fails verification, the data is discarded and requested again. The 'Hash Fails' field in the torrent's General tab shows the number of these hash fails.

Hash checks greatly reduce the chance that invalid data is incorrectly identified as valid by the BitTorrent client, but it is still possible for invalid data to have the same hash value as the valid data and be treated as such. This is known as a hash collision.

## Health

Health is shown in a bar or in % usually next to the torrents name and size, on the site where the .torrent file is hosted. It shows if all pieces of the torrent are available to download (i.e. 50% means that only half of the torrent is available).

## Index

An *index* is a list of .torrent files (usually including descriptions and other information) managed by a website and available for searches. An *index* website can also be a *tracker*.

## Interested

Describes a downloader who wishes to obtain pieces of a file the client has. For example, the uploading client would flag a downloading client as 'interested' if that client did not possess a piece that it did, and wished to obtain it.

## Leech

A *leech* is a term with two meanings. Usually it is used to refer a *peer* who has a negative effect on the swarm by having a very poor share ratio (downloading much more than they upload). Most leeches are users on asymmetric internet connections and do not leave their BitTorrent client open

to seed the file after their download has completed. However, some leeches intentionally avoid uploading by using modified clients or excessively limiting their upload speed.

The often used second meaning of *leech* is synonymous with *downloader* (see above): used simply to describe a *peer* or any client that does not have 100% of the data. This alternative meaning was mainly introduced by most BitTorrent tracker sites.

## Lurker

A *lurker* is a user that only downloads files from the group but does not add new content. It does not necessarily mean that the lurker will not seed. Not to be confused with a *leecher*.

## p2p

Stands for "peer to peer", which is the technology used for file sharing among computer users over the internet. In a p2p network, each node (or computer on the network) acts as both a client and a server. In other words, each computer is capable of both sending and receiving data.

## Peer

A *peer* is one instance of a BitTorrent client running on a computer on the Internet to which other clients connect and transfer data. Usually a *peer* does not have the complete file, but only parts of it. However, in the colloquial definition, "peer" can be used to refer to any participant in the swarm (in this case, it's synonymous with "client").

## Piece

This refers to the torrented files being divided up into equal specific sized pieces (*e.g.* 512Kb, 1Mb). The pieces are distributed in a random fashion among peers in order to optimize trading efficiency.

## Ratio credit

A *ratio credit*, also known as *upload credit* or *ratio economy*, is a currency system used on a number of private trackers to provide an incentive for higher upload/download ratios among member file-sharers. In such a system, those users who have greater amounts of bandwidth, hard drive space (particularly seedboxes) or idle computer uptime are at a greater advantage to accumulate ratio credits versus those who are lacking in any one or more of the same resources.

## Scrape

This is when a client sends a request to the tracking server for information about the statistics of the torrent, such as with whom to share the file and how well those other users are sharing.

## Seeder

A *seeder* is a *peer* that has an entire copy of the torrent and offers it for upload. The more *seeders* there are, the better the chances of getting a higher download speed. If the seeder seeds the whole copy of the download, they should get faster downloads.

## Share ratio

A user's share ratio for any individual torrent is a number determined by dividing the amount of data that user has uploaded by the amount of data they have downloaded. Final share ratios over 1 carry a positive connotation in the BitTorrent community, because they indicate that the user has sent more data to other users than they received. Likewise, share ratios under 1 have negative connotation.

## Snubbed

An uploading client is flagged as *snubbed* if the downloading client has not received any data from it in over 60 seconds.

## Super-seeding

When a file is new, much time can be wasted because the seeding client might send the same file piece to many different peers, while other pieces have not yet been downloaded at all. Some clients, like ABC, Vuze, BitTornado, TorrentStorm, and µTorrent have a "super-seed" mode, where they try to only send out pieces that have never been sent out before, theoretically making the initial propagation of the file much faster. However the super-seeding becomes substantially less effective and may even reduce performance compared to the normal "rarest first" model in cases where some peers have poor or limited connectivity. This mode is generally used only for a new torrent, or one which must be re-seeded because no other seeds are available.

## Swarm

*Main article: segmented downloading*

Together, all *peers* (including *seeders*) sharing a *torrent* are called a *swarm*. For example, six ordinary *peers* and two *seeders* make a *swarm* of eight.

## Torrent

A *torrent* can mean either a `.torrent` metadata file or all files described by it, depending on context. The *torrent file* contains metadata about all the files it makes downloadable, including their names and sizes and checksums of all pieces in the *torrent*. It also contains the address of a *tracker* that coordinates communication between the peers in the swarm.

## Tracker

A *tracker* is a server that keeps track of which seeds and peers are in the swarm. Clients report information to the tracker periodically and in exchange, receive information about other clients to which they can connect. The tracker is not directly involved in the data transfer and does not have a copy of the file.

## See also

Retrieved from "http://en.wikipedia.org/wiki/BitTorrent_vocabulary"
Categories: BitTorrent | Lexis

- This page was last modified on 22 February 2011 at 15:22.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of Use for details.
Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 2 of 155 entries

*Amazing Grace.*

- **Type of Work:** Motion Picture
- **Registration Number / Date:** PA0001806477 / 2012-09-19
- **Application Title:** Amazing Grace.
- **Title:** Amazing Grace.
- **Description:** Electronic file (eService)
- **Copyright Claimant:** Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015.
- **Date of Creation:** 2012
- **Date of Publication:** 2012-09-14
- **Nation of First Publication:** United States
- **Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
- **Names:** Malibu Media LLC

**EXHIBIT D**

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 1 of 155 entries

*After Hours.*

- **Type of Work:** Motion Picture
- **Registration Number / Date:** PA0001780461 / 2012-03-10
- **Application Title:** After Hours.
- **Title:** After Hours.
- **Description:** Electronic file (eService)
- **Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
- **Date of Creation:** 2011
- **Date of Publication:** 2011-11-21
- **Nation of First Publication:** United States
- **Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
- **Names:** Malibu Media LLC

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 11 of 155 entries

*Backstage.*

- **Type of Work:** Motion Picture
- **Registration Number / Date:** PA0001797943 / 2012-07-18
- **Application Title:** Backstage.
- **Title:** Backstage.
- **Description:** Electronic file (eService)
- **Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
- **Date of Creation:** 2012
- **Date of Publication:** 2012-07-17
- **Nation of First Publication:** United States
- **Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
- **Names:** Malibu Media LLC

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 12 of 155 entries

*Being Me.*

- **Type of Work:** Motion Picture
- **Registration Number / Date:** PA0001802560 / 2012-08-21
- **Application Title:** Being Me.
- **Title:** Being Me.
- **Description:** Electronic file (eService)
- **Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
- **Date of Creation:** 2012
- **Date of Publication:** 2012-08-15
- **Nation of First Publication:** United States
- **Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
- **Names:** Malibu Media LLC

---

WebVoyage Record View 1 — http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v=16&ti=1,16&Se...

# Copyright

The Library of Congress catalogs will not be available this weekend due to scheduled hardware maintenance. The catalogs will be down between 7:00P.M. on Friday, Nov. 9 and 6:00A.M. on Tuesday, Nov. 13. We regret any inconvenience to our users.

Help  Search  History  Titles  Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 13 of 155 entries



*Black Lingerie Bliss.*

- **Type of Work:** Motion Picture
- **Registration Number / Date:** PA0001806468 / 2012-09-19
- **Application Title:** Black Lingerie Bliss.
- **Title:** Black Lingerie Bliss.
- **Description:** Electronic file (eService)
- **Copyright Claimant:** Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015.
- **Date of Creation:** 2012
- **Date of Publication:** 2012-09-19
- **Nation of First Publication:** United States
- **Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
- **Names:** Malibu Media LLC

Save, Print and Email (Help Page)
Select Download Format: Full Record
Enter your email address:

Help  Search  History  Titles  Start Over

11/7/2012 4:42 PM — 1 of 2

---

WebVoyage Record View 1 — http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v=16&ti=1,16&Se...

# Copyright

The Library of Congress catalogs will not be available this weekend due to scheduled hardware maintenance. The catalogs will be down between 7:00P.M. on Friday, Nov. 9 and 6:00A.M. on Tuesday, Nov. 13. We regret any inconvenience to our users.

Help  Search  History  Titles  Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 16 of 155 entries



*California Dreams.*

- **Type of Work:** Motion Picture
- **Registration Number / Date:** PA0001780564 / 2012-03-12
- **Application Title:** California Dreams.
- **Title:** California Dreams.
- **Description:** Electronic file (eService)
- **Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
- **Date of Creation:** 2012
- **Date of Publication:** 2012-03-12
- **Nation of First Publication:** United States
- **Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
- **Names:** Malibu Media LLC

Save, Print and Email (Help Page)
Select Download Format: Full Record
Enter your email address:

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |

11/7/2012 4:49 PM — 1 of 2

---

WebVoyage Record View 1 — http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v=25&ti=1,25&Se...

# Copyright

The Library of Congress catalogs will not be available this weekend due to scheduled hardware maintenance. The catalogs will be down between 7:00P.M. on Friday, Nov. 9 and 6:00A.M. on Tuesday, Nov. 13. We regret any inconvenience to our users.

Help  Search  History  Titles  Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 25 of 155 entries



*Casual Affair.*

- **Type of Work:** Motion Picture
- **Registration Number / Date:** PA0001800471 / 2012-08-05
- **Application Title:** Casual Affair.
- **Title:** Casual Affair.
- **Description:** Electronic file (eService)
- **Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
- **Date of Creation:** 2012
- **Date of Publication:** 2012-08-01
- **Nation of First Publication:** United States
- **Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
- **Names:** Malibu Media LLC

Save, Print and Email (Help Page)
Select Download Format: Full Record
Enter your email address:

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |

11/7/2012 4:49 PM — 1 of 2

---

WebVoyage Record View 1 — http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v=29&ti=26,29&S...

# Copyright

The Library of Congress catalogs will not be available this weekend due to scheduled hardware maintenance. The catalogs will be down between 7:00P.M. on Friday, Nov. 9 and 6:00A.M. on Tuesday, Nov. 13. We regret any inconvenience to our users.

Help  Search  History  Titles  Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 29 of 155 entries



*Come To My Window.*

- **Type of Work:** Motion Picture
- **Registration Number / Date:** PA0001799576 / 2012-07-31
- **Application Title:** Come To My Window.
- **Title:** Come To My Window.
- **Description:** Electronic file (eService)
- **Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
- **Date of Creation:** 2012
- **Date of Publication:** 2012-07-27
- **Nation of First Publication:** United States
- **Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
- **Names:** Malibu Media LLC

Save, Print and Email (Help Page)
Select Download Format: Full Record
Enter your email address:

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |

11/7/2012 5:01 PM — 1 of 2

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 30 of 155 entries

*Connie True Love.*

Type of Work: Motion Picture
Registration Number / Date: PA0001775903 / 2012-02-17
Application Title: Connie True Love.
Title: Connie True Love.
Description: Electronic file (eService)
Copyright Claimant: Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
Date of Creation: 2012
Date of Publication: 2012-02-08
Nation of First Publication: United States
Authorship on Application: Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
Names: Malibu Media LLC

---

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 35 of 155 entries

*Dangerous Game.*

Type of Work: Motion Picture
Registration Number / Date: PA0001810505 / 2012-10-14
Application Title: Dangerous Game.
Title: Dangerous Game.
Description: Electronic file (eService)
Copyright Claimant: Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015.
Date of Creation: 2012
Date of Publication: 2012-10-10
Nation of First Publication: United States
Authorship on Application: Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
Names: Malibu Media LLC

---

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 40 of 155 entries

*Evening at Home.*

Type of Work: Motion Picture
Registration Number / Date: PA0001782559 / 2012-03-22
Application Title: Evening at Home.
Title: Evening at Home.
Description: Electronic file (eService)
Copyright Claimant: Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
Date of Creation: 2012
Date of Publication: 2012-03-21
Nation of First Publication: United States
Authorship on Application: Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
Names: Malibu Media LLC

---

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 44 of 155 entries

*First Love.*

Type of Work: Motion Picture
Registration Number / Date: PA0001806476 / 2012-09-25
Application Title: First Love.
Title: First Love.
Description: Electronic file (eService)
Copyright Claimant: Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015.
Date of Creation: 2012
Date of Publication: 2012-09-05
Nation of First Publication: United States
Authorship on Application: Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
Names: Malibu Media LLC

## Public Catalog (Panel 1)

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 53 of 155 entries



*Happy Couple.*

- **Type of Work:** Motion Picture
- **Registration Number / Date:** PA0001794461 / 2012-06-25
- **Application Title:** Happy Couple.
- **Title:** Happy Couple.
- **Description:** Electronic file (eService)
- **Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
- **Date of Creation:** 2012
- **Date of Publication:** 2012-06-25
- **Nation of First Publication:** United States
- **Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
- **Names:** Malibu Media LLC



## Public Catalog (Panel 2)

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 61 of 155 entries



*House of the Rising Sun.*

- **Type of Work:** Motion Picture
- **Registration Number / Date:** PA0001806475 / 2012-09-19
- **Application Title:** House of the Rising Sun.
- **Title:** House of the Rising Sun.
- **Description:** Electronic file (eService)
- **Copyright Claimant:** Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015.
- **Date of Creation:** 2012
- **Date of Publication:** 2012-09-07
- **Nation of First Publication:** United States
- **Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
- **Names:** Malibu Media LLC



## Public Catalog (Panel 3)

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 64 of 155 entries



*Introducing Diana.*

- **Type of Work:** Motion Picture
- **Registration Number / Date:** PA0001789511 / 2012-05-11
- **Application Title:** Introducing Diana.
- **Title:** Introducing Diana.
- **Description:** Electronic file (eService)
- **Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
- **Date of Creation:** 2012
- **Date of Publication:** 2012-05-11
- **Nation of First Publication:** United States
- **Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
- **Names:** Malibu Media LLC




## Public Catalog (Panel 4)

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 73 of 155 entries



*Kristen Girl Next Door.*

- **Type of Work:** Motion Picture
- **Registration Number / Date:** PA0001762076 / 2011-11-18
- **Application Title:** Kristen Girl Next Door.
- **Title:** Kristen Girl Next Door.
- **Description:** Electronic file (eService)
- **Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
- **Date of Creation:** 2010
- **Date of Publication:** 2010-08-25
- **Nation of First Publication:** United States
- **Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
- **Names:** Malibu Media LLC

WebVoyage Record View 1 

## Copyright

*The Library of Congress catalogs will not be available this weekend due to scheduled hardware maintenance. The catalogs will be down between 7:00P.M. on Friday, Nov. 9 and 6:00A.M. on Tuesday, Nov. 13. We regret any inconvenience to our users.*

Help  Search  History  Titles  Start Over

### Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 74 of 155 entries



*LA Love.*

- Type of Work: Motion Picture
- Registration Number / Date: PA0001790458 / 2012-05-23
- Application Title: LA Love.
- Title: LA Love.
- Description: Electronic file (eService)
- Copyright Claimant: Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
- Date of Creation: 2010
- Date of Publication: 2010-03-22
- Nation of First Publication: United States
- Authorship on Application: Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
- Names: Malibu Media LLC

Save, Print and Email (Help Page)
Select Download Format: Full Record
Enter your email address: _____

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright

11/7/2012 5:01 PM
1 of 2

---

WebVoyage Record View 1

## Copyright

*The Library of Congress catalogs will not be available this weekend due to scheduled hardware maintenance. The catalogs will be down between 7:00P.M. on Friday, Nov. 9 and 6:00A.M. on Tuesday, Nov. 13. We regret any inconvenience to our users.*

Help  Search  History  Titles  Start Over

### Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 79 of 155 entries



*Like a Dove.*

- Type of Work: Motion Picture
- Registration Number / Date: PA0001790457 / 2012-05-23
- Application Title: Like a Dove.
- Title: Like a Dove.
- Description: Electronic file (eService)
- Copyright Claimant: Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
- Date of Creation: 2012
- Date of Publication: 2012-05-23
- Nation of First Publication: United States
- Authorship on Application: Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
- Names: Malibu Media LLC

Save, Print and Email (Help Page)
Select Download Format: Full Record
Enter your email address: _____

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright

11/7/2012 4:45 PM
1 of 2

---

WebVoyage Record View 1

## Copyright

*The Library of Congress catalogs will not be available this weekend due to scheduled hardware maintenance. The catalogs will be down between 7:00P.M. on Friday, Nov. 9 and 6:00A.M. on Tuesday, Nov. 13. We regret any inconvenience to our users.*

Help  Search  History  Titles  Start Over

### Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 84 of 155 entries



*Lunchtime Fantasy.*

- Type of Work: Motion Picture
- Registration Number / Date: PA0001781702 / 2012-03-19
- Application Title: Lunchtime Fantasy.
- Title: Lunchtime Fantasy.
- Description: Electronic file (eService)
- Copyright Claimant: Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
- Date of Creation: 2012
- Date of Publication: 2012-03-19
- Nation of First Publication: United States
- Authorship on Application: Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
- Names: Malibu Media LLC

Save, Print and Email (Help Page)
Select Download Format: Full Record
Enter your email address: _____

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright

11/6/2012 3:44 PM
1 of 2

---

WebVoyage Record View 1

## Copyright

*The Library of Congress catalogs will not be available this weekend due to scheduled hardware maintenance. The catalogs will be down between 7:00P.M. on Friday, Nov. 9 and 6:00A.M. on Tuesday, Nov. 13. We regret any inconvenience to our users.*

Help  Search  History  Titles  Start Over

### Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 85 of 155 entries



*MaryJane Young Love.*

- Type of Work: Motion Picture
- Registration Number / Date: PA0001762404 / 2011-11-23
- Application Title: MaryJane Young Love.
- Title: MaryJane Young Love.
- Description: Electronic file (eService)
- Copyright Claimant: Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
- Date of Creation: 2011
- Date of Publication: 2011-08-15
- Nation of First Publication: United States
- Authorship on Application: Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
- Names: Malibu Media LLC

Save, Print and Email (Help Page)
Select Download Format: Full Record
Enter your email address: _____

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright

11/7/2012 4:44 PM
1 of 2

WebVoyage Record View 1

# Copyright

The Library of Congress catalogs will not be available this weekend due to scheduled hardware maintenance. The catalogs will be down between 7:00P.M. on Friday, Nov. 9 and 6:00A.M. on Tuesday, Nov. 13. We regret any inconvenience to our users.

Help  Search  History  Titles  Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 91 of 155 entries

*Morning Memories.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001806469 / 2012-09-19
**Application Title:** Morning Memories.
**Title:** Morning Memories.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015.
**Date of Creation:** 2012
**Date of Publication:** 2012-09-10
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** Malibu Media LLC

Save, Print and Email (Help Page)
Select Download Format  Full Record
Enter your email address:

Help  Search  History  Titles  Start Over

---

WebVoyage Record View 1

# Copyright

The Library of Congress catalogs will not be available this weekend due to scheduled hardware maintenance. The catalogs will be down between 7:00P.M. on Friday, Nov. 9 and 6:00A.M. on Tuesday, Nov. 13. We regret any inconvenience to our users.

Help  Search  History  Titles  Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 103 of 155 entries

*Perfect Together.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001805262 / 2012-09-19
**Application Title:** Perfect Together.
**Title:** Perfect Together.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015.
**Date of Creation:** 2012
**Date of Publication:** 2012-08-29
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** Malibu Media LLC

Save, Print and Email (Help Page)
Select Download Format  Full Record
Enter your email address:

Help  Search  History  Titles  Start Over

---

WebVoyage Record View 1

# Copyright

The Library of Congress catalogs will not be available this weekend due to scheduled hardware maintenance. The catalogs will be down between 7:00P.M. on Friday, Nov. 9 and 6:00A.M. on Tuesday, Nov. 13. We regret any inconvenience to our users.

Help  Search  History  Titles  Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 107 of 155 entries

*Positively in Love.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001800358 / 2012-07-11
**Application Title:** Positively in Love.
**Title:** Positively in Love.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2012
**Date of Publication:** 2012-07-04
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** Malibu Media LLC

Save, Print and Email (Help Page)
Select Download Format  Full Record
Enter your email address:

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |

---

WebVoyage Record View 1

# Copyright

The Library of Congress catalogs will not be available this weekend due to scheduled hardware maintenance. The catalogs will be down between 7:00P.M. on Friday, Nov. 9 and 6:00A.M. on Tuesday, Nov. 13. We regret any inconvenience to our users.

Help  Search  History  Titles  Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 108 of 155 entries

*Pretty Back Door Baby.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001789427 / 2012-05-10
**Application Title:** Pretty Back Door Baby.
**Title:** Pretty Back Door Baby.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2012
**Date of Publication:** 2012-05-08
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** Malibu Media LLC

Save, Print and Email (Help Page)
Select Download Format  Full Record
Enter your email address:

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |

WebVoyage Record View 1

# Copyright

The Library of Congress catalogs will not be available this weekend due to scheduled hardware maintenance. The catalog will be down between 7:00P.M. on Friday, Nov. 9 and 6:00A.M. on Tuesday, Nov. 13. We regret any inconvenience to our users.

Help  Search  History  Titles  Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 117 of 155 entries



### Roommates.

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001786265 / 2012-04-11
**Application Title:** Roommates.
**Title:** Roommates.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2012
**Date of Publication:** 2012-04-10
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:**  Malibu Media LLC

Save, Print and Email (Help Page)
Select Download Format  Full Record
Enter your email address:

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |

11/7/2012 5:01 PM

---

WebVoyage Record View 1

# Copyright

The Library of Congress catalogs will not be available this weekend due to scheduled hardware maintenance. The catalog will be down between 7:00P.M. on Friday, Nov. 9 and 6:00A.M. on Tuesday, Nov. 13. We regret any inconvenience to our users.

Help  Search  History  Titles  Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 123 of 155 entries

### Side By Side.

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001805261 / 2012-09-19
**Application Title:** Side By Side.
**Title:** Side By Side.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015.
**Date of Creation:** 2012
**Date of Publication:** 2012-09-03
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:**  Malibu Media LLC

Save, Print and Email (Help Page)
Select Download Format  Full Record
Enter your email address:

Help  Search  History  Titles  Start Over

11/6/2012 3:39 PM

---

WebVoyage Record View 1

# Copyright

The Library of Congress catalogs will not be available this weekend due to scheduled hardware maintenance. The catalog will be down between 7:00P.M. on Friday, Nov. 9 and 6:00A.M. on Tuesday, Nov. 13. We regret any inconvenience to our users.

Help  Search  History  Titles  Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 124 of 155 entries

### Silver Bullets.

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001790373 / 2012-05-16
**Application Title:** Silver Bullets.
**Title:** Silver Bullets.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2012
**Date of Publication:** 2012-05-13
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:**  Malibu Media LLC

Save, Print and Email (Help Page)
Select Download Format  Full Record
Enter your email address:

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |

11/7/2012 4:52 PM

---

WebVoyage Record View 1

# Copyright

The Library of Congress catalogs will not be available this weekend due to scheduled hardware maintenance. The catalog will be down between 7:00P.M. on Friday, Nov. 9 and 6:00A.M. on Tuesday, Nov. 13. We regret any inconvenience to our users.

Help  Search  History  Titles  Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 130 of 155 entries

### Starting Over.

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001803663 / 2012-09-10
**Application Title:** Starting Over.
**Title:** Starting Over.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015.
**Date of Creation:** 2012
**Date of Publication:** 2012-08-27
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:**  Malibu Media LLC

Save, Print and Email (Help Page)
Select Download Format  Full Record
Enter your email address:

Help  Search  History  Titles  Start Over

11/6/2012 3:38 PM

WebVoyage Record View 1

# Copyright

The Library of Congress catalogs will not be available this weekend due to scheduled hardware maintenance. The catalogs will be down between 7:00P.M. on Friday, Nov. 9 and 6:00A.M. on Tuesday, Nov. 13. We regret any inconvenience to our users.

Help   Search   History   Titles   Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 137 of 155 entries



*Three for the Show.*

       **Type of Work:** Motion Picture
**Registration Number / Date:** PA0001808630 / 2012-09-28
     **Application Title:** Three for the Show.
             **Title:** Three for the Show.
        **Description:** Electronic file (eService)
    **Copyright Claimant:** Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015.
      **Date of Creation:** 2012
  **Date of Publication:** 2012-09-24
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
          **Names:** Malibu Media LLC

Save, Print and Email (Help Page)
Select Download Format: Full Record
Enter your email address:

Help   Search   History   Titles   Start Over

11/7/2012 5:03 PM

---

WebVoyage Record View 1

# Copyright

The Library of Congress catalogs will not be available this weekend due to scheduled hardware maintenance. The catalogs will be down between 7:00P.M. on Friday, Nov. 9 and 6:00A.M. on Tuesday, Nov. 13. We regret any inconvenience to our users.

Help   Search   History   Titles   Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 139 of 155 entries



*Threes Company.*

      **Type of Work:** Motion Picture
**Registration Number / Date:** PA0001804939 / 2012-08-21
    **Application Title:** Threes Company.
           **Title:** Threes Company.
       **Description:** Electronic file (eService)
   **Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
     **Date of Creation:** 2012
 **Date of Publication:** 2012-08-15
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
         **Names:** Malibu Media LLC

Save, Print and Email (Help Page)
Select Download Format: Full Record
Enter your email address:

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |

1 of 2                                                                                                      11/6/2012 3:37 PM

---

WebVoyage Record View 1

# Copyright

The Library of Congress catalogs will not be available this weekend due to scheduled hardware maintenance. The catalogs will be down between 7:00P.M. on Friday, Nov. 9 and 6:00A.M. on Tuesday, Nov. 13. We regret any inconvenience to our users.

Help   Search   History   Titles   Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 144 of 155 entries



*Transcendence.*

      **Type of Work:** Motion Picture
**Registration Number / Date:** PA0001799577 / 2012-07-31
    **Application Title:** Transcendence.
           **Title:** Transcendence.
       **Description:** Electronic file (eService)
   **Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
     **Date of Creation:** 2012
 **Date of Publication:** 2012-07-30
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
         **Names:** Malibu Media LLC

Save, Print and Email (Help Page)
Select Download Format: Full Record
Enter your email address:

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |

1 of 2                                                                                                      11/6/2012 3:37 PM

---

WebVoyage Record View 1

# Copyright

The Library of Congress catalogs will not be available this weekend due to scheduled hardware maintenance. The catalogs will be down between 7:00P.M. on Friday, Nov. 9 and 6:00A.M. on Tuesday, Nov. 13. We regret any inconvenience to our users.

Help   Search   History   Titles   Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 146 of 155 entries



*Unbelievably Beautiful.*

      **Type of Work:** Motion Picture
**Registration Number / Date:** PA0001805315 / 2012-09-10
    **Application Title:** Unbelievably Beautiful.
           **Title:** Unbelievably Beautiful.
       **Description:** Electronic file (eService)
   **Copyright Claimant:** Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015, United States.
     **Date of Creation:** 2012
 **Date of Publication:** 2012-08-24
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
         **Names:** Malibu Media LLC

Save, Print and Email (Help Page)
Select Download Format: Full Record
Enter your email address:

Help   Search   History   Titles   Start Over

1 of 2                                                                                                      11/6/2012 3:37 PM

WebVoyage Record View 1  http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=154&ti=151,15...

# Copyright

The Library of Congress catalogs will not be available this weekend due to scheduled hardware maintenance. The catalogs will be down between 7:00P.M. on Friday, Nov. 9 and 6:00A.M. on Tuesday, Nov. 13. We regret any inconvenience to our users.

Help  Search  History  Titles  Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 153 of 155 entries



**Wild Things.**

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001809287 / 2012-10-07
**Application Title:** Wild Things.
**Title:** Wild Things.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015.
**Date of Creation:** 2012
**Date of Publication:** 2012-10-05
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** Malibu Media LLC



Save, Print and Email (Help Page)
Select Download Format  Full Record
Enter your email address:

Help  Search  History  Titles  Start Over

1 of 2                                                                                                  11/6/2012 3:38 PM

---

WebVoyage Record View 1  http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=155&ti=151,15...

# Copyright

The Library of Congress catalogs will not be available this weekend due to scheduled hardware maintenance. The catalogs will be down between 7:00P.M. on Friday, Nov. 9 and 6:00A.M. on Tuesday, Nov. 13. We regret any inconvenience to our users.

Help  Search  History  Titles  Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 155 of 155 entries



**Young & Hot.**

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001794969 / 2012-06-08
**Application Title:** Young & Hot.
**Title:** Young & Hot.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2012
**Date of Publication:** 2012-06-06
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** Malibu Media LLC



Save, Print and Email (Help Page)
Select Download Format  Full Record

Enter your email address:

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |

1 of 2                                                                                                  11/6/2012 3:38 PM

---

WebVoyage Record View 1  http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=154&ti=151,15...

# Copyright

The Library of Congress catalogs will not be available this weekend due to scheduled hardware maintenance. The catalogs will be down between 7:00P.M. on Friday, Nov. 9 and 6:00A.M. on Tuesday, Nov. 13. We regret any inconvenience to our users.

Help  Search  History  Titles  Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 154 of 155 entries



**Yoga in the Sky.**

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001794715 / 2012-06-29
**Application Title:** Yoga in the Sky.
**Title:** Yoga in the Sky.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2012
**Date of Publication:** 2012-06-27
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** Malibu Media LLC



Save, Print and Email (Help Page)
Select Download Format  Full Record
Enter your email address:

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |

1 of 2                                                                                                  11/6/2012 3:38 PM