UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOES 1-5,<br><br>    Defendants. | Civil Case No. <u>1:12-cv-1680-SEB-MJD</u> |

**COVER SHEET FOR SEALED NOTICE OF FILING SUBPOENA ISSUED TO COMCAST CABLE COMMUNICATIONS UNDER SEAL [DKT. 14] AND SEALED LOG OF PRE-SERVICE COMMUNICATION WITH DOE DEFENDANTS [DKT. 15]**

Plaintiff, Malibu Media, LLC ("Plaintiff"), hereby gives notice that the filings on the two preceding docket entries: (1) Notice of Filing Subpoena Issued to Comcast Cable Communication [Dkt. 14] and (2) Log of Pre-Service Communications with Doe Defendants [Dkt. 15], were filed under seal pursuant to this Court's Scheduling Order dated January 23, 2013 [Dkt. 13].

Dated February 4, 2013

                                            Respectfully submitted,

                                            NICOLETTI & ASSOCIATES, PLLC

By:   /s/ *Paul J. Nicoletti*
       Paul J. Nicoletti, Esq. (P44419)
       36880 Woodward Ave, Suite 100
       Bloomfield Hills, MI 48304
       Tel:  (248) 203-7800
       Fax:  (248) 203-7801
       E-Fax: (248) 928-7051
       Email:  paul@nicoletti-associates.com
       *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of February, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

By: /s/ *Paul J. Nicoletti*