## RETURN OF SERVICE

| State of Indiana | County of | Southern Court |

Case Number: 1:12-CV-01680-SEB-MJD

Plaintiff:
**Malibu Media, LLC.**

vs.

Defendant:
**Jason Fletcher**

Received by Affordable Process Service Inc. to be served on **Jason Fletcher, 12760 Touchdown Drive, Fishers, IN 46037**.

I, Heather Roudebush, do hereby affirm that on the **17th day of March, 2013** at **10:45 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Amended Complaint - Action For Damages For Property Rights Infringment with Exhibits** with the date and hour of service endorsed thereon by me, to: **Jason Fletcher** at the address of: **12760 Touchdown Drive, Fishers, IN 46037**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: W, Height: 5'10", Weight: 185, Hair: Brn, Glasses: Y

I certify that I am over the age of 18, not a party to the action, in the judicial circuit in which the process was served.

**Heather Roudebush**
Process Server

**Affordable Process Service Inc.**
5868 East 71st Street
Suite E-229
Indianapolis, IN 46220
(317) 776-0044
Our Job Serial Number: HLR-2013000114