# RETURN OF SERVICE

**State of Indiana**  **County of**  **Southern Court**

Case Number: 1:12-CV-01680-SEB-MJD

Plaintiff:
**Malibu Media, LLC.**

vs.

Defendant:
**Michael Tegeler**

Received by Affordable Process Service Inc. to be served on **Michael Tegeler, 775 Scotch Pine Drive, Greenwood, IN 46143**.

I, Heather Roudebush, do hereby affirm that on the **17th day of March, 2013** at **8:10 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Amended Complaint - Action For Damages For Property Rights Infringment with Exhibits** with the date and hour of service endorsed thereon by me, to: **Michael Tegeler** at the address of: **775 Scotch Pine Drive, Greenwood, IN 46143**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 42,  Sex: M,  Race/Skin Color: W,  Height: 6'2",  Weight: 215,  Hair: Brn,  Glasses: Y

I certify that I am over the age of 18, not a party to the action, in the judicial circuit in which the process was served.

**Heather Roudebush**
Process Server

**Affordable Process Service Inc.**
5868 East 71st Street
Suite E-229
Indianapolis, IN 46220
(317) 776-0044
Our Job Serial Number: HLR-2013000115